UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:00CR9 |
|---|---|---|
| | ) | |
| vs. | ) | <u>ORDER TO DESTROY</u> |
| | ) | <u>EVIDENCE</u> |
| 25)BERLINIA WILKERSON CALDWELL PEARSON | ) | |

THIS MATTER is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearm, specifically a .22 caliber Hi-Standard pistol, S/N 730537, which is now in the possession of the Drug Enforcement Administration, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

IT IS, THEREFORE, ORDERED that the Government's motion to destroy evidence is hereby GRANTED.

Signed: June 12, 2006

Lacy H. Thornburg
United States District Judge